**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTIAN MARTINEZ, | ) | CASE NO. CV 12-01845 GHK (RZ) |
| Petitioner, | ) ) ) | JUDGMENT |
| vs. | ) ) | |
| JAVIER CAVAZOS, WARDEN, | ) ) | |
| Respondent. | ) ) | |

This matter came before the Court on the Petition of CHRISTIAN MARTINEZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 4/30/13

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE